IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY SCHADE,

    Plaintiff,

v.

SARAH M. SCHMEISER,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-649-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                        10/19/2018

Peter Oppeneer, Clerk of Court                  Date